IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              CASE NO. 4:05CV00067 GH

DOROTHY BURCHFIELD                                                    DEFENDANT

### ORDER APPROVING MARSHAL'S DEED

On this day the United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through Theresa Patty, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said United States Marshal acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is

**ORDERED** by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: July 21, 2005.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE



This Space Reserved For Recording Information

## MARSHAL'S DEED

**WHEREAS**, in a certain Civil Action No. 4:05CV00067 GH pending in the United States District Court for the Eastern District of Arkansas, Western Division, wherein the United States of America was plaintiff and Dorothy Burchfield was defendant, a Judgment was entered on April 11, 2005, directing the foreclosure of a certain mortgage executed by Dorothy Burchfield, an unmarried person, to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

**WHEREAS**, the undersigned United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said Judgment; which sale was held at public auction on June 21, 2005, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

**WHEREAS**, at said sale Theresa Patty was the highest and best bidder, bidding for said property in the sum of $33,500.00, the property then being struck off to Theresa Patty at that price; and

WHEREAS, such sale was duly reported to the above described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto Theresa Patty, and her heirs and assigns, forever, all of the right, title, interest, equity and estate of all parties to this action in and to the following property situated in Van Buren County, Arkansas, to wit:

> Part of the Northwest Quarter of the Southwest Quarter (Pt. NW ¼ SW¼), Section Ten (10), Township Nine (9) North Range Thirteen (13) West, described as commencing at the Northwest Corner of said NW ½ SW¼ and run thence East 1052.5 feet to the point of beginning: Begin and run thence South 250 feet to a point, thence east 267.5 feet to a point, thence North 250 feet to a point, thence West 267.5 feet to the point of beginning, containing 1.54 acres, according to the Charles Neal survey as shown in Survey Record Book "G", Page 575.

**TO HAVE AND TO HOLD** the said property unto the said Theresa Patty, and her heirs and assigns, with all appurtenances thereunto belonging.

**IN WITNESS WHEREOF**, I have hereunto set my hand on this 18th day of July, 2005.

*Ray E. Carnahan*
Ray. E. Carnahan
United States Marshal

PREPARED BY:
Fletcher Jackson
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
COUNTY OF PULASKI )

    BE IT REMEMBERED that on this day came before me, the undersigned, a notary public within and for the county and state aforesaid, duly commissioned, qualified and acting, Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and seal as such notary public on this 18th day of July, 2005.

                                                   _____
                                                   Gina Tomasiewicz, Notary Public

My Commission Expires:

