FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 2 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CASE NO. 4:05CV00067 GH

DOROTHY BURCHFIELD     DEFENDANT

## ORDER OF DISTRIBUTION

On June 21, 2005, at 10:00 a.m., at the West door of the Van Buren County Courthouse, Clinton, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered on April 11, 2005. At such sale, Theresa Patty was the highest and best bidder for the property, and the property was then sold to the said Theresa Patty.

On July 1, 2005, the United States Marshal received Check No. 006030 in the amount of $33,500.00, and Check No. 010344 in the amount of $55.08 from Theresa Patty for payment in full for the property. In accordance with the terms of the Judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the United States of America, U.S. Department of Agriculture, Rural Development, formerly known as Farmers Home Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2005