## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 ) 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA            PLAINTIFF

VS.        CASE NO. 4:05CV00067 GH

DOROTHY BURCHFIELD            DEFENDANT

### ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the Report of Sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Van Buren County, Arkansas, for four consecutive weeks, the last publication being on June 8, 2005, and that the said sale was held at Clinton, Arkansas, on June 21, 2005, at 10:00 a.m., in conformity with the Judgment of this Court. At such sale Theresa Patty bid the sum of $33,500.00, and that being the highest and best bid offered, the property was then sold to Theresa Patty.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price with interest shall be paid to the United States of America. The expense items reported by the United States Marshal in the amount of $104.13 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by the Court's endorsement thereon and an order separately entered in conformity with local practice. The Marshal is directed forthwith upon payment to deliver the deed to the purchaser

named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser in possession of the property.

DATED: July 21, 2005.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE